**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00434-CV

### JOSE VAZQUEZ, Appellant

### V.

### BETTY VAZQUEZ, Appellee

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-14-23331

## ORDER

The clerk's record in this case is overdue. By postcard dated June 2, 2015, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia

Pitre, Dallas County District Clerk.


/s/      CAROLYN WRIGHT
         CHIEF JUSTICE